Carlton M. Prankard and Another, Respondents, v. James S. Cooley, as School Commissioner, Defendant, and Village of Mott's Point and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ. Order to be settled before the presiding justice.

Joel Aronson, Respondent, v. Guttenberg Pearl Button Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Jacob S. Butcher, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Carr, JJ., concurred; Woodward, J., dissented. .

James Craig, as Administrator, etc., of James Austin, Deceased, Respondent, v. The Hamilton Terminal Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

Alfonso De Michele, Respondent, v. Michael Timpano, Appellant.— As the testimony of the defendant in relation to his counterclaim for forty-five dollars for money paid for water rates at the request of plaintiff's assignor was not controverted, the trial court should have allowed this counterclaim of forty-five dollars. Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, unless plaintiff stipulate within twenty days to reduce the judgment to the sum of two hundred and twenty-six dollars and seventy-five cents, in which case the judgment as so reduced is affirmed, without costs of this appeal. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Geller Floor and Wall Tile Company, Respondent, v. Kings Improvement Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Daniel M. Gerard and Theodore S. Hall, Respondents, v. Louis de Lancy Ward and G. Clarence Barclay Ward, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Emilia E. Gillen, Appellant, v. John Walsh, Respondent.— Order of the Municipal Court reversed, with costs, and action remitted to the Municipal Court for joinder of issue, on the ground that the summons was served in accordance with the statute. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Margaret Higgins, Respondent, v. Fifth Avenue Coach Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.